IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:24-MJ-063-BU |
| JORGE IBARRA-RAMIREZ | |

# MOTION FOR PRETRIAL DETENTION

The United States asks for the pretrial detention of Defendant under Title 18, United States Code, Sections 3142(e) and 3142(f).

1. **_Eligibility of Case_**.  This case is eligible for a detention order under 18 U.S.C. § 3142(f) because it is a case that involves:

    _____  A crime of violence as defined in 18 U.S.C. § 3156(a)(4), violation of section 1591, or federal crime of terrorism for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(A)).
    _____  An offense for which the maximum sentence is life imprisonment or death. (18 U.S.C. § 3142(f)(1)(B)).
    _____  A Controlled Substances Act offense for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(C)).
    _____  A felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses. (18 U.S.C. § 3142(f)(1)(D)).
    _____  A felony that involves a minor victim or failure to register as a sex offender. (18 U.S.C § 3142(f)(1)(E)).
    _____  A felony that involves the possession or use of a firearm, destructive device, or any other dangerous weapon. (18 U.S.C § 3142(f)(1)(E)).
    \_\_X\_\_  A serious risk defendant will flee. (18 U.S.C. § 3142(f)(2)(A)).
    _____  A serious risk defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror. (18 U.S.C. § 3142 (f)(2)(B)).

**Motion for Pretrial Detention – Page 1**

2. ***Reason for Detention.***  The Court should detain defendant, under 18 U.S.C. § 3142(e), because no condition or combination of conditions will reasonably assure:

     X   Defendant's appearance as required.
     X   Safety of any other person and the community.

3. ***Rebuttable Presumption.***  The United States will invoke the rebuttable presumption against defendant under 18 U.S.C. § 3142(e).  The presumption applies because there is:

   \_\_\_\_\_ A Controlled Substances Act offense for which the maximum sentence is 10 years or more.  (18 U.S.C. § 3142(e)(3)(A)).
   \_\_\_\_\_ An offense under Title 18, United States Code, Sections 924(c), 956(a), or 2332b.  (18 U.S.C. § 3142(e)(3)(B)).
   \_\_\_\_\_ A federal crime of terrorism for which the maximum sentence is 10 years or more.  (18 U.S.C. § 3142(e)(3)(C)).
   \_\_\_\_\_ An offense in Chapter 77 of Title 18 (human trafficking) for which the maximum sentence is 20 years or more.  (18 U.S.C. § 3142(e)(3)(D))
   \_\_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond.  (18 U.S.C. § 3142(e)(2)).
   \_\_\_\_\_ a qualifying offense involving a minor victim.  (18 U.S.C. § 3142(e)(3)(E)).

4. ***Time for Detention Hearing***.  The United States requests the Court conduct the detention hearing:

   \_\_\_\_\_ At first appearance.
   \_\_\_\_\_ After continuance of ten days.
     X   Moot at this time as defendant has an immigration detainer in place.  Hearing requested if detention becomes a viable issue.

**Motion for Pretrial Detention – Page 2**

        LEIGHA SIMONTON
        UNITED STATES ATTORNEY

        s/ *Matthew A. McLeod*
        MATTHEW A. McLEOD
        Assistant United States Attorney
        Tennessee State Bar No. 034353
        1205 Texas Avenue, Suite 700
        Lubbock, Texas 79401
        Telephone:   806.472.7351
        Facsimile:   806.472.7394
        E-mail:      matthew.mcleod@usdoj.gov

**Motion for Pretrial Detention – Page 3**