IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

UNITED STATES OF AMERICA

v.

JORGE IBARRA-RAMIREZ

NO. 1:25-cr-003-H

# INDICTMENT

The Grand Jury Charges:

Count One
Illegal Re-Entry After Deportation
(Violation of 8 U.S.C. §§ 1326(a), 1326(b)(2), and 6 U.S.C. §§ 202(3), 202(4), and 557)

On or about December 5, 2024, in the Abilene Division of the Northern District of Texas, and elsewhere, **Jorge Ibarra-Ramirez**, defendant, an alien, knowingly entered, attempted to enter, and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at and near Laredo, Texas, on or about April 20, 2017, and not having received the express consent of the Attorney General of the United States and the Secretary of Homeland Security to apply for readmission to the United States since the time of his previous denial of admission, exclusion, deportation, and removal therefrom.

In violation of Title 8, United States Code, Sections 1326(a), 1326(b)(2), and Title 6, United States Code, Sections 202(3), 202(4), and 557.

A TRUE BILL:

*/s/ Shanda Rogers*
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Matt McLeod*
MATTHEW A. McLEOD
Assistant United States Attorney
Tennessee State Bar No. 034353
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806-472-7351
Facsimile:    806-472-7394
E-mail:       matthew.mcleod@usdoj.gov

Jorge Ibarra-Ramirez
Indictment - Page 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

UNITED STATES OF AMERICA

v.

JORGE IBARRA-RAMIREZ

INDICTMENT

COUNT 1:   ILLEGAL RE-ENTRY AFTER DEPORTATION
Title 8, United States Code, Sections 1326(a) and 1326(b)(2);
Title 6, United States Code Sections 202(3), 202(4), and 557.
(1 COUNT)

A true bill rendered:
Lubbock                    /s/ Shanda Rogers                    Foreperson

Filed in open court this ___8th___ day of ___January___, A.D. 2025.
DEFENDANT IN FEDERAL CUSTODY
Complaint number 1:24-MJ-063-BU, filed December 16, 2024.

_____
Amy Burch
UNITED STATES MAGISTRATE JUDGE